ROBERT W. REMBERT
IRWIN, MYKLEBUST, SAVAGE & BROWN, P.S.
P.O. Box 604
Pullman, WA 99163
509.332.3502
509.332.6565 (Fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PUBLIC HOSPITAL DISTRICT NO. 1-A of Whitman County, Washington, a Washington Municipal Corporation d/b/a/ Pullman Regional Hospital,<br><br>    Plaintiff,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORPORATION,<br><br>    Defendant. | Civil Action<br><br>Case No.: CV-06-349-LRS<br><br>ORDER OF DISMISSAL |

ORDER OF DISMISSAL
--Page 1 of 2

This matter, having come before the Court upon *Stipulation* of the parties, the Court, being fully advised in the premises and having read the pleadings contained within the Court file, finds as follows:

The parties have fully resolved and compromised the issues raised by the *Complaint* and any counterclaims to it and have stipulated that this matter be dismissed with prejudice and without an awards of attorneys' fees or costs to either party, and there being no just cause for delay;

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED the above-captioned matter and all claims associated therewith are dismissed with prejudice and without costs to either party.

DATED this __11th__ day of January, 2007.

                              s/Lonny R. Suko
                              UNITED STATES DISTRICT JUDGE

Presented by:

IRWIN, MYKLEBUST, SAVAGE & BROWN, P.S.
Attorneys for Plaintiffs


By: /s/ Robert W. Rembert
    Robert W. Rembert
    WSBA No. 26107

ORDER OF DISMISSAL
--Page 2 of 2